# Exhibit A

*Exhibit 1*

**INDEPENDENT CONTRACTOR AGREEMENT**

THIS AGREEMENT made this ___15___ day of ___Jan___, 20 _18_ by and between - **Apex Human Services, LLC.** with an office located at **204 MacDade Blvd., Yeadon, PA 19050** hereafter referred to as Agency, and _Secret Lincon_, hereafter referred to as CONTRACTOR with an office and place of business/home at _28 High St, Sharon Hill PA 19079_

WHEREAS, Agency wishes to subcontract for a **Skilled Nurse**, and

WHEREAS, CONTRACTOR desires to enter into a contract with Agency for the furnishing of the following described services upon the following terms and conditions:

NOW, THEREFORE, in consideration of the mutual promises, covenants, and conditions hereinafter set forth, it is understood and agreed as follows:

1. CONTRACTOR shall provide **Skilled Nursing** on a contract per visit basis, approved by Agency to provide services under the supervision of Agency in the residence of the client, It being understood that Agency has the exclusive authority to admit and discharge clients.

2. It shall be the obligation of CONTRACTOR to ensure that the **Skilled Nurse** is educated in the performance of his/her duties hereunder throughout the term of this contract and provide evidence of same to Agency and other items as specified in paragraph 11. It being further understood that the CONTRACTOR has the responsibility to assure the education training and qualifications applicable to the tasks being performed.

3. This agreement shall commence on the ___15th___ of ___January___, 20 _18_, and will continue for twelve (12) months, unless sooner terminated, without recourse except for moneys due. Either party may terminate this Agreement by providing a thirty (30) day written notice to the other party at the address written in Paragraph 16, by certified mail. The contract shall also be renewable for twelve months periods provided there is a mutual written agreement.

4. A **monthly/weekly** statement of services rendered by the CONTRACTOR shall be submitted to Agency; with payment made to CONTRACTOR within fifteen (15) days of the date the statement is received.

5. During the term of this agreement, CONTRACTOR shall maintain public liability and malpractice insurance coverage in at least the following amounts: One Million Dollars ($1,000,000.00) per occurrence, One Million Dollars ($1,000,000.00) aggregate. CONTRACTOR must submit a Certificate of Insurance on said policy to Agency. As evidence of such coverage, CONTRACTOR shall furnish Agency with a Certificate of Insurance prior to commencing service under this agreement and annually thereafter.

6. This agreement shall be construed for all purposes under the laws of the State and may not be changed, modified, altered or amended, except by an instrument, in writing, signed by the parties to this Agreement.

7. If any provision of this Agreement is declared void, such provision shall be deemed severed, so that all of the remaining terms and conditions of the Agreement shall otherwise remain in full force and effect.

8. CONTRACTOR shall indemnify and hold harmless Agency officers and directors from any and all claims, costs, and causes of action against Agency arising out of the performance of this contract by the CONTRACTOR.

9. Title VI of the Civil Rights Act of 1964 prohibits discrimination on grounds of race, color, age, sex, national origin, creed, sponsor, or blindness, and both parties to this Agreement agree to fully comply with the terms of this act.

10. CONTRACTOR will adhere to the Social Security Act section 1861(w).

11. CONTRACTOR shall provide services consistent with the highest degree of client care and shall comply with all of the medical and ethical requirements imposed by state authorities, U.S. Department of Health and Human Services and any other applicable regulatory agency.

12. CONTRACTOR shall provide the following to Agency prior to commencement of services:

    a. Certificate of Insurance for Malpractice and Workman's Compensation;

    b. Health Examination (valid within one year);

    c. PPD (within one year);

    d. Hepatitis record or declination;

    e. Resume;

    f. CPR Card;

    g. Completed Age-Specific Competency Assessment;

    h. HIPAA compliance;

    i. Other requirements shall be kept by the CONTRACTOR in their office address and will be provided to Agency as requested.

13. Services provided by the CONTRACTOR and authorized by Agency shall be compensated as follows: *32.50, $50/Visit. $ 32-50/hourly* _____. These rates are dependent on all paperwork being turned in to

agency no later **Monday of the following week**, that the visits are completed.

14. CONTRACTOR is performing these services and duties required hereunder as an independent contractor and not as an employee; agent, partner of or joint venturer with Agency shall not be responsible for the FICA, FUTA, or income withholding taxes under any provision of the Internal Revenue Code for CONTRACTOR or its employees.

All notices, requests, demands, and other communications required by or permitted hereunder shall be in writing and shall be deemed to have been duly given when received by the party to whom directed; provided, however, that notice shall be conclusively deemed given at the time of its deposit in the United State Mail when sent by certified or registered mail, postage prepaid, to the other party at the following addresses as shall be given in writing by either party to the other:

15. CONTRACTOR is required to adhere to the Agency's policies and procedures and therapists will be oriented by the Agency to the Agency's policies and procedures.

16. Contracted personnel will wear an identification badge at all times when providing services to Agency clients.

17. CONTRACTOR will begin services to the clients in seven to ten working days. If they are unable to initiate services within this time frame they will notify the Agency and the client and physician will be informed. If the physician and/or the client requests, the client will be referred to another agency.

18. CONTRACTOR will submit all documentation to the Agency within seven days of client service.

19. CONTRACTOR will not under any circumstances bill the patient/client.

20. As and to the extent required by law, upon the written request of the Secretary of Health and Human Services, the Comptroller General, The State Health department, CHAP, ACHC, or any of their duly authorized representatives, CONTRACTOR shall make available those contracts, books, documents, and records necessary to verify the nature and extent of the costs of providing services under this Agreement. Such inspection shall be available for up to four (4) years after the rendering of such services.

21. For the sole purposes of complying with the Privacy Regulations of the Health Insurance portability and Accountability Act (HIPAA), the Therapist provided for Agency by the CONTRACTOR shall be deemed work force members of Agency Such characterization for HIPAA purposes shall in no way affect the CONTRACTOR- Agency relationship of the parties as set forth in this contract.

22. If the CONTRACTOR carries out any if its duties under a contract through a subcontract, with a value or cost of $10,000.00 or more over a twelve (12) month period, with a related individual or organization, CONTRACTOR agrees to include this requirement of any such subcontract.  This section is included pursuant to and is governed by the requirements of 42 U.S.C. Section 139x (v) (1) and the regulations thereto.  No attorney-client, accountant-client, or other legal privilege will be deemed to have been waived by Facility, Contractor, or any Contractor's Representative by virtue of this Agreement.

23. The agency, organization, or individual providing services under arrangement may not have:

- Been denied Medicare or Medicaid enrollment
- Been excluded or terminated from any federal healthcare program or Medicaid
- Had its Medicare or Medicaid billing privileges revoked: or
- Been debarred from participating in any government program.
  https://oig.hhs.gov/exclusions

  https://oig.hhs.gov/exclusions/advisories.asp

  https://www.sam.gov/portal/SAM/##11#1

IN WITNESS WHEREOF, the parties hereto have set their hands and seal the day and year first above written.

Agency:    **Apex Human Services, LLC.**
WITNESS:    **Maimounatou Conte**
EIN:    **814153121**
**Mohamed Sesay/Mohamed M. Kamara**
Print Name
Date:    _MOHAMED SESAY_

CEO Signature

CONTRACTOR
WITNESS: _____
EIN/SSN: _183-704350_

Signature and Print Name:            Date:



EXHIBIT 2

| | |
|---|---|
| **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY)<br>03/25/2020 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | CM&F Group | |
|---|---|---|---|
| CM&F Group Inc.<br>99 Hudson Street, 12th Floor<br>New York, NY 10013 | PHONE (A/C, No, Ext): 1-800-221-4904 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: info@cmfgroup.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : MEDICAL PROTECTIVE COMPANY- MPC | | |
| INSURED | INSURER B : | | |
| SECRET LINCOLN<br>28 HIGH STREET<br>SHARON HILL, PA19079 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PROJECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liability | | | K74545 | 03/25/2020 | 03/25/2021 | Per Incident<br>Aggregate | 1,000,000<br>6,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Occurrence Coverage
Nurse (RN)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| SECRET LINCOLN<br>28 HIGH STREET<br>SHARON HILL, PA19079 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

EXHIBIT 3

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the
requester. Do not
send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

*Secret Lincoln*

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

*28 High St*

**6** City, state, and ZIP code

*Sharon Hill, PA, 19079*

Requester's name and address (optional)

**7** List account number(s) here (optional)

(left margin) Print or type. See **Specific Instructions** on page 3.

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| 1 | 9 | 3 | – | 7 | 8 | – | 4 | 3 | 5 | 7 |

or

Employer identification number

| | | – | | | | | | |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶

Date ▶ 1/5/19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

# NON-DISCRIMINATION POLICY

*EXHIBIT-4*

As a recipient of federal financial assistance, this Agency does not exclude, deny benefits to, or otherwise discriminate against any person on the grounds of race, color, or national origin or on the basis of disability, AIDS or AIDS related conditions, age or sexual orientation, in admission to, participation in or receipt of the services and benefits of any of its programs and activities or in employment therein, whether carried out by this Agency directly or through a contractor of any other entity with whom the Agency arranges to carry out its programs and activities.

This statement is in accordance with the provisions of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Regulations of the U.S. Department of Health and Human Services issued pursuant to the Acts, Title 45 Code of Federal Regulations Part 80, 84, 91. And Section 1557 of the Patient Protection and Affordable Care Act. (Other Federal Laws and Regulations provide similar protection against discrimination on grounds of sex and creed.)

In case of questions concerning this policy, or in the event of a desire to file a complaint alleging violations of the above, please contact:

<u>Mohamed Sesay, RN, MS, Administrator</u>

Apex Human Services, LLC.
204 Macdade Blvd,
Yeadon, PA 19050
484-469-3787

*EXHIBIT 5*

## 4.6   SEXUAL HARASSMENT

It is the policy of this Agency not to condone or permit any sexual harassment of our personnel. This would be in violation of Title VI of the Civil Rights Act of 1964 and it is against our policy for any employee, male or female, to sexually harass other employees by:

1. Making sexual advances, requests for sexual favors or other verbal physical conduct of a sexual nature as a condition of an employee's employment.

2. Making submission or rejection of such conduct the basis for employment decisions affecting the employee.

3. Creating an intimidating, hostile or offensive working environment by such conduct.

4. Sexual harassment may take different forms. Examples of several types of forms are:

   a. Verbal sexual innuendo, suggestive comments, jokes of a sexual nature, sexual propositions or sexual threats.

   b. Non-verbal sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, leering, whistling or making obscene or suggestive gestures.

   c. Unwanted physical contact, including touching, pinching, brushing against the body, coerced intercourse or assault.

5. If an investigation into a sexual harassment complaint concludes that an employee violated this policy by sexually harassing another employee, a management representative will be made available to receive the complaint and will immediately investigate the charge and make appropriate recommendations for disciplinary action. The management representative investigating the complaint will be of the same gender as the employee making the complaint.

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099-MISC** MISCELLANEOUS (OMB No. 1545-0115) 1690

CALENDAR YEAR **2019** — ☐ VOID ☐ CORRECTED — COPY B, FOR RECIPIENT

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|
| 81-4153121 | 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 | 0026-14070851 - 97   20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
SECRET LINCOLN
28 HIGH STREET

SHARON HILL PA 19079

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | |
| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
| $ | | 2662.00 | |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | | | | |

---

**Form 1099-MISC** MISCELLANEOUS (OMB No. 1545-0115) 1690

CALENDAR YEAR **2019** — ☐ VOID ☐ CORRECTED — COPY B, FOR RECIPIENT

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|
| 81-4153121 | 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 | 0026-14070851 - 97   20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
SECRET LINCOLN
28 HIGH STREET

SHARON HILL PA 19079

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | |
| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
| $ | | 2662.00 | |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. PA/20086036 | 18 State income $2,662.00 |

---

**Form 1099-MISC** MISCELLANEOUS (OMB No. 1545-0115) 1690

CALENDAR YEAR **2019** — ☐ VOID ☐ CORRECTED — TO BE FILED WITH FEDERAL INCOME TAX RETURN IF NECESSARY

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|
| 81-4153121 | 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 | 0026-14070851 - 97   20001 | |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
SECRET LINCOLN
28 HIGH STREET

SHARON HILL PA 19079

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 1 Rents | 2 Royalties | 3 Other income | 4 Federal income tax withheld |
|---|---|---|---|
| $ | $ | $ | |
| 5 Fishing boat proceeds | 6 Medical and health care payments | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
| $ | | 2662.00 | |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

*1099-*

## Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box are SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report this amount on the line for "Wages, salaries, tips, etc." of Form 1040 (or Form 1040NR). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report this amount on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040) (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of consumer products were paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 or Form 1040NR instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See the Form 1040 (or Form 1040NR) instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

**Form 1099 - MISC**    MISCELLANEOUS (XXXX 46-033-1600)    [ ] VOID  [ ] CORRECTED    TO BE FILED WITH STATE INCOME TAX RETURN IF NECESSARY

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | | FATCA filing requirement |
|---|---|---|---|---|---|
| 2019 | 81-4153121 | 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 | 0026-14070851 - 97 | 20001 | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| APEX HUMAN SERVICES LLC<br>204 MACDADE BLVD<br>YEADON PA 19050 | SECRET LINCOLN<br>28 HIGH STREET<br><br>SHARON HILL PA 19079 | |

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>2662.00 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale [ ] | 10 Crop insurance proceeds<br>$ | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no.<br>PA/20086036 | 18 State income<br>$2,662.00 |

---

**Form 1099 - MISC**    MISCELLANEOUS (XXXX 46-033-1600)    [X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale [ ] | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

---

**Form 1099 - MISC**    MISCELLANEOUS (XXXX 46-033-1600)    [X] VOID  [ ] CORRECTED

| CALENDAR YEAR | PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement |
|---|---|---|---|---|
| | | | | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | RECIPIENT'S name, street address, city or town, state or province, country and ZIP or foreign postal code | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
|---|---|---|

| 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other Income<br>$ | 4 Federal income tax withheld<br>$ |
|---|---|---|---|
| 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale [ ] | 10 Crop insurance proceeds<br>$ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Ex Hibit 7

Evidence of payment

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050-3835

1407-0851
ORG1;3 RN
EE ID: 97        DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA 19079

---

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA 19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

Pay Period: 04/28/19 to 05/11/19
Check Date: 05/17/19    Check #: 11260

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5791 | 736.00 | 2362.00 |
| NET PAY | 736.00 | 2362.00 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc Comp | 23.00 | 32.0000 | 736.00 | 80.25 | 2534.00 |
| REIMB & OTHER PAYMENTS | | | 736.00 | | 2534.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Deduction | | 172.00 |
| TOTAL | | 172.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 736.00 | 2362.00 |

Payrolls by Paychex, Inc.

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA 19050-3835 • (484) 469-3787

*Pay/Check Stubs*

*Random. 2019 and 2020*

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA  19050-3835

1407-0851
ORG1:3 RN
EE ID: 97          DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA  19079

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA  19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

**Pay Period:** 12/22/19 to 01/04/20
**Check Date:** 01/10/20    **Check #:** 12717
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2481 | 1040.00 | 1040.00 |
| **NET PAY** | **1040.00** | **1040.00** |

| EARNINGS | | | | | | |
|---|---|---|---|---|---|---|
| | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| | 1099 Misc Comp | 32.00 | 32.5000 | 1040.00 | 32.00 | 1040.00 |
| **REIMB & OTHER PAYMENTS** | | | | 1040.00 | | 1040.00 |

| WITHHOLDINGS | | | |
|---|---|---|---|
| | DESCRIPTION | FILING STATUS | THIS PERIOD ($) |
| | | | YTD ($) |
| | Fed Backup | No Withholding | |
| | PA Backup | No Withholding | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1040.00** | **1040.00** |

*Payroll by Paychex, Inc.*

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA  19050-3835 • (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050-3835

1407-0851
ORG1:3 RN
EE ID: 97    DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA 19079

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA 19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

Pay Period: 02/17/19 to 03/02/19
Check Date: 03/08/19    Check #: 10984

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 5791 | 256.00 | 542.00 |
| **NET PAY** | **256.00** | **542.00** |

| EARNINGS | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| | 1099 Misc Comp | 8.00 | 32.0000 | 256.00 | 18.00 | 542.00 |
| | **REIMB & OTHER PAYMENTS** | | | 256.00 | | 542.00 |

| WITHHOLDINGS | | | |
| --- | --- | --- | --- |
| | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | 256.00 | 542.00 |

*Payroll by Paychex, Inc.*

**0026 1407-0851** Apex Human Services Llc · 204 Macdade Blvd · Yeadon PA 19050-3835 · (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA  19050-3835

1407-0851
ORG1:3 RN
EE ID: 97        DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA  19079

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA  19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

**Pay Period:** 01/19/20 to 02/01/20
Check Date: 02/07/20    Check #: 12926
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2481 | 2600.00 | 6240.00 |
| **NET PAY** | **2600.00** | **6240.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 80.00 | 32.5000 | 2600.00 | 192.00 | 6240.00 |
| | REIMB & OTHER PAYMENTS | | | 2600.00 | | 6240.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Fed Backup | No Withholding | | |
| | PA Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) 2600.00 | YTD ($) 6240.00 |
|---|---|---|---|

Payrolls by Paychex, Inc.

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA  19050-3835 • (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA  19050-3835

1407-0851
ORG1:3 RN
EE ID: 97     DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA  19079

---

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA  19079
Soc Sec #: xxx-xx-xxxx     Contractor ID: 97

Home Department: 3 RN

Pay Period: 02/03/19 to 02/16/19
Check Date: 02/22/19     Check #: 10927

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5791 | 286.00 | 286.00 |
| **NET PAY** | **286.00** | **286.00** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc Comp | 2.00 | 15.0000 | 30.00 | 10.00 | 286.00 |
| 1099 Misc Comp | 8.00 | 32.0000 | 256.00 | | |
| REIMB & OTHER PAYMENTS | | | 286.00 | | 286.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) 286.00 | YTD ($) 286.00 |
|---|---|---|

Payrolls by Paychex, Inc.

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA  19050-3835 • (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050-3835

1407-0851
ORG1:3 RN
EE ID: 97        DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA 19079

---

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA 19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

**Pay Period:** 03/15/20 to 03/28/20
Check Date: 04/03/20    Check #: 13391
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2481 | 2218.00 | 16874.75 |
| NET PAY | 2218.00 | 16874.75 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc Comp | 72.00 | 32.5000 | 2340.00 | 517.10 | 17046.75 |
| 1099 Misc Comp | 1.00 | 50.0000 | 50.00 | | |
| REIMB & OTHER PAYMENTS | | | 2390.00 | | 17046.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Deduction | 172.00 | 172.00 |
| TOTAL | 172.00 | 172.00 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2218.00 | 16874.75 |

Payrolls by Paychex, Inc.

**0026 1407-0851** Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA 19050-3835 • (484) 469-3787

79

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050-3835

1407-0851
ORG1:3 RN
EE ID: 97        DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA 19079

---

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA 19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

**Pay Period:** 01/05/20 to 01/18/20
Check Date: 01/24/20    Check #: 12819
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2481 | 2600.00 | 3640.00 |
| **NET PAY** | **2600.00** | **3640.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc Comp | 80.00 | 32.5000 | 2600.00 | 112.00 | 3640.00 |
| | REIMB & OTHER PAYMENTS | | | 2600.00 | | 3640.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Fed Backup | No Withholding | | | | |
| | PA Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) 2600.00 | YTD ($) 3640.00 |
|---|---|---|---|

Payrolls by Paychex, Inc.

**0026 1407-0851** Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA 19050-3835 • (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA  19050-3835

1407-0851
ORG1:3 RN
EE ID: 97        DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA  19079

---

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA  19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

Pay Period: 03/01/20 to 03/14/20
Check Date: 03/20/20    Check #: 13276
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2481 | 3007.25 | 14656.75 |
| NET PAY | 3007.25 | 14656.75 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc Comp | 78.50 | 32.5000 | 2551.25 | 444.10 | 14656.75 |
| 1099 Misc Comp | 9.00 | 34.0000 | 306.00 | | |
| 1099 Misc Comp | 3.00 | 50.0000 | 150.00 | | |
| REIMB & OTHER PAYMENTS | | | 3007.25 | | 14656.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3007.25 | 14656.75 |

Payroll, by Paychex, Inc.

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA  19050-3835 • (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA 19050-3835

1407-0851
ORG1:3 RN
EE ID: 97          DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA 19079

---

**PERSONAL AND CHECK INFORMATION**
SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA 19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

Pay Period: 03/17/19 to 03/30/19
Check Date: 04/05/19    Check #: 11089

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5791 | 192.00 | 890.00 |
| NET PAY | 192.00 | 890.00 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc Comp | 6.00 | 32.0000 | 192.00 | 34.25 | 1062.00 |
| REIMB & OTHER PAYMENTS | | | 192.00 | | 1062.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Deduction | | 172.00 |
| TOTAL | | 172.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 192.00 | 890.00 |

Payrolls by Paychex, Inc.

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA 19050-3835 • (484) 469-3787

APEX HUMAN SERVICES LLC
204 MACDADE BLVD
YEADON PA  19050-3835

1407-0851
ORG1:3 RN
EE ID: 97          DD

SECRET LINCOLN
28 HIGH STREET
SHARON HILL PA  19079

## PERSONAL AND CHECK INFORMATION

SECRET LINCOLN
28 HIGH STREET
SHARON HILL, PA  19079
Soc Sec #: xxx-xx-xxxx    Contractor ID: 97

Home Department: 3 RN

Pay Period: 02/02/20 to 02/15/20
Check Date: 02/21/20    Check #: 13040

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 2481 | 2600.00 | 8840.00 |
| NET PAY | 2600.00 | 8840.00 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc Comp | 80.00 | 32.5000 | 2600.00 | 272.00 | 8840.00 |
| REIMB & OTHER PAYMENTS | | | 2600.00 | | 8840.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

| NET PAY | | THIS PERIOD ($) 2600.00 | YTD ($) 8840.00 |
|---|---|---|---|

Payrolls by Paychex, Inc.

**0026 1407-0851**  Apex Human Services Llc • 204 Macdade Blvd • Yeadon PA  19050-3835 • (484) 469-3787

| INVOICE |
|---------|

Apex Human Services, LLC
204 Macdade Blvd. Yeadon, PA 19050
P: 484-469-3787

PATIENTS NAME: _Various_

NURSE/CONTRACTOR NAME: _Secret Lincoln, RN_ Apex

**Type of Visit:**
1. PRIVATE DUTY SKILLED
2. REGULAR PEDIATRIC VISIT
3. REGULAR ADULT VISIT
4. ADMINISTRATIVE
5. OTHER

| DAY | DATE | START TIME | END TIME | TOTAL HOURS | AUTHORIZED SIGNATURE | *Special Rate visit?* | Remarks |
|-----|------|-----------|----------|-------------|----------------------|-----------------------|---------|
| SUNDAY | | | | | | | |
| MONDAY | | | | | | | |
| TUESDAY | 2/25/20 | | | 3 hrs | | | |
| WEDNESDAY | | | | | | | |
| THURSDAY | 2/27/20 | | | 1 hr | APPLY/MH Practice | 50$/Visit | |
| FRIDAY | 2/28/20 | | | 8 hr | Rosalie August, Lyric Bereyh, Dwell Clark, Deshawn Melvendez | | |
| SATURDAY | | | | | Justin Nyathem, Muhei Abdul, edward tarhill, zyon moore | 3 + 9 Visits | |

PLEASE FILL OUT COMPLETELY. USE ONLY ONE INVOICE PER WORK WEEK. PAPERWORK IS DUE IN THE OFFICE BY MONDAY OF THE PAYWEEK. EARLY SUBMISSION GUARANTEES EARLY CORRECTIONS AND TIMELY PAY. PLEASE SUBMIT PAPERWORK IN A TIMELY MANNER.

12 Visits Total

Signature of Nurse/Contractor: _Kevin Kevin_

*Exhibit 9*   *Invoices*

2/18/19

## INVOICE

**Apex Human Services, LLC**
204 Macdade Blvd. Yeadon, PA 19050
P: 484-469-3787

**Type of Visit:**
1. PRIVATE DUTY SKILLED
2. REGULAR PEDIATRIC VISIT
3. REGULAR ADULT VISIT
4. ADMINISTRATIVE
5. OTHER

PATIENTS NAME:

NURSE/CONTRACTOR NAME: Secret Linda

Apex

| DAY | DATE | START TIME | END TIME | TOTAL HOURS | AUTHORIZED SIGNATURE | Special Rate visit? | Remarks |
|---|---|---|---|---|---|---|---|
| SUNDAY | | | | | | | |
| MONDAY | | | | | | | |
| TUESDAY | 2/5/19 | 6:30p | 9:00p | 2h30m | | | meeting |
| WEDNESDAY | | | | | | | |
| THURSDAY | | | | | | | |
| FRIDAY | | | | | | | |
| SATURDAY | | | | | | | |

**PLEASE FILL OUT COMPLETELY.** USE ONLY ONE INVOICE PER WORK WEEK. PAPERWORK IS DUE IN THE OFFICE BY 4:PM EVERY MONDAY. EARLY SUBMISSION GUARANTEES EARLY CORRECTIONS AND TIMELY PAY. PLEASE SUBMIT PAPERWORK IN A TIMELY MANNER.

Signature of Nurse/Contractor:

2.4p

8b.

Pay 8 hrs only.                                2/18/.

**INVOICE**

Apex Human Services, LLC
204 Macdade Blvd. Yeadon, PA 19050
P: 484-469-3787

PATIENTS NAME:

NURSE/CONTRACTOR NAME: Secret Lima

**Type of Visit:**
1. PRIVATE DUTY SKILLED
2. REGULAR PEDIATRIC VISIT
3. REGULAR ADULT VISIT
4. ADMINISTRATIVE
5. OTHER

| DAY | DATE | START TIME | END TIME | TOTAL HOURS | AUTHORIZED SIGNATURE | Special Rate visit? | Remarks |
|---|---|---|---|---|---|---|---|
| SUNDAY | 2/17/19 | 8AM | 4pm | 8 hr | MD JM Clarke | | |
| MONDAY | | | | | | | |
| TUESDAY | | | | | | | |
| WEDNESDAY | | | | | | | |
| THURSDAY | | | | | | | |
| FRIDAY | | | | | | | |
| SATURDAY | 2/16/1 | 8am | 4:20p | 8hr | MD JM Clarke | | |

**PLEASE FILL OUT COMPLETELY.** USE ONLY ONE INVOICE PER WORK WEEK. PAPERWORK IS DUE IN THE OFFICE BY 4 PM EVERY MONDAY. EARLY SUBMISSION GUARANTEES EARLY CORRECTIONS AND TIMELY PAY. PLEASE SUBMIT PAPERWORK IN A TIMELY MANNER.

Signature of Nurse/Contractor: