IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECRET LINCOLN                    :        CIVIL ACTION
                                  :
            v.                    :
                                  :
APEX HUMAN SERVICES, LLC.,        :
et al.                            :        NO. 21-32

ORDER

        AND NOW, this  7th   day of February, 2022, it having

been reported to the court that the issues between the plaintiff

and defendants have been settled and pursuant to the provisions

of Rule 41.1(b) of the Local Rules of Civil Procedure of this

Court, it is hereby ORDERED that this action is DISMISSED with

prejudice without costs.


                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                            J.